**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **LEYTON ABISAI MIRANDA NAVARRO,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | **CASE NO. 6:25-CV-00569-ADA-DTG** |
| *v.* | § | |
| | § | |
| **PAMELA BONDI, in her capacity as Attorney General of the United States, et al.,** | § | |
| | § | |
| *Respondents,* | § | |

## ORDER FOR FACTUAL STIPULATIONS

The petitioner, Leyton Abisai Miranda Navarro, challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). On December 15, 2025, the respondents filed their return pursuant to 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** as follows:

The parties are **ORDERED** to meet-and-confer and jointly file a notice of any factual stipulations on or before **December 23, 2025**. In that same filing, the parties shall indicate whether they will waive a hearing on the issues and consent to the Court resolving the petition on its pleadings.

If the parties desire to consent to the full referral of this action to the magistrate judge, they must submit Form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge, on or before **December 26, 2025**.

**SIGNED** this 19th day of December, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE